**428**

Ole A. BRICTSON, Appellant, v. Joseph W. WOODROUGH et al.

No. 13398.

Circuit Court of Appeals, Eighth Circuit.

Aug. 18, 1947.

E. Luther Melin, of Minneapolis, Minn., for appellant.

Seymour L. Smith, of Omaha, Neb., for appellee Benjamin Baker, deceased.

PER CURIAM.

Appeal from District Court dismissed as to appellee Benjamin Baker, deceased, on suggestion of death of said appellee.

EL DORADO TERMINAL COMPANY, a Corporation, Appellant, v. GENERAL AMERICAN TANK CAR CORPORATION, a Corporation, and GENERAL AMERICAN TRANSPORTATION CORPORATION, a Corporation, Appellees.

SAME v. GENERAL AMERICAN TANK CAR CORPORATION, Appellee.

Nos. 11538, 11539.

Circuit Court of Appeals, Ninth Circuit.

Aug. 27, 1947.

W. F. Williamson, and Williamson & Wallace, all of San Francisco, Cal. (William B. Mead, of San Francisco, Cal., of counsel), for appellant.

Allan P. Matthew, Burnham Enerson, and Gerald H. Trautman, all of San Francisco, Cal. (Sidley, Austin, Burgess & Harper, of Chicago, Ill., and McCutchen, Thomas, Matthew, Griffiths & Greene, of San Francisco, Cal., of counsel), for appellees.

Before MATHEWS, HEALY, and ORR, Circuit Judges.

PER CURIAM.

The judgments of the District Court, are affirmed upon the authority of General American Tank Car Corporation v. El Dorado Terminal Co., 308 U.S. 422, 60 S.Ct. 325, 84 L.Ed. 361; El Dorado Oil Works v. United States, 328 U.S. 12, 66 S.Ct. 843, 90 L.Ed. 1053; Allowances for Privately Owned Tank Cars, 258 I.C.C. 371.

Jackie Packer FRANCIS, a Minor, et al. SOUTHERN PACIFIC COMPANY, a Corporation.

No. 3428.

Circuit Court of Appeals, Tenth Circuit.

July 9, 1947.

Writ of Certiorari Granted Dec. 8, 1947.

See 68 S.Ct. 218.

Rawlings, Wallace and Black and B. E. Roberts, all of Salt Lake City, Utah, for appellants.

Paul H. Ray, S. J. Quinney, and Grant C. Aadnesen, all of Salt Lake City, Utah, for appellee.

Before BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment of the district court affirmed, without written opinion, on authority of Francis v. Southern Pacific Co., 162 F.2d 813.